THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CATHERINE E. BAUER (#121841)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012-9834
    Telephone: (213)894-3038
    Fax: (213)894-7819
    Catherine.Bauer@usdoj.gov

Attorneys for the
SOCIAL SECURITY ADMINISTRATION

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BRENDA LOUISE GARCIA and<br>HARRISON ARMANDO GARCIA,<br><br>      Debtors. | Case No.6:05-24489-PC<br><br>Chapter 13<br><br>**WITHDRAWAL OF PROOF OF CLAIM IN RESPONSE TO MOTION FOR ORDER DISALLOWING CLAIM #7 OF THE SOCIAL SECURITY ADMINISTRATION**<br><br><u>Hearing</u>:<br>Date: September 16, 2009<br>Time: 1:30 p.m.<br>Courtroom: 304, 3420 Twelfth Street, Riverside, CA<br><br>Hon. Peter Carroll<br>Bankruptcy Judge |

      The Social Security Administration ("SSA"), in response to the Debtors' Motion for Order Disallowing Claim #7 of SSA, hereby withdraws such claim that it filed on April 14, 2006 in the amount of $38,572.00, a copy of which is attached hereto as Exhibit A.

1

```
1  Dated: August 18, 2009        THOMAS P. O'BRIEN
                                 United States Attorney
2                                LEON W. WEIDMAN
                                 Assistant United States Attorney
3                                Chief, Civil Division
4
                                  /s/-Catherine E. Bauer
5                                _____
                                 CATHERINE E. BAUER
6                                Assistant United States Attorney

7                                Attorneys for the SOCIAL SECURITY
                                 ADMINISTRATION
```